

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EL PASO COUNTY WATER IMPROVEMENT DISTRICT 1, | § | No. 08-21-00206-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 243rd District Court |
| v. | § | of El Paso County, Texas |
| ROGELIO TREVIZO, | § | (TC# 2019DCV1164) |
| Appellee. | | |
| | § | |

# **O R D E R**

The Court GRANTS the Parties' Joint Motion to Reestablish Appellate Timetable. This Court ORDERS this appeal to continue, the appellate timetable suspension is lifted, and the Record shall be filed in this Court on or before March 17, 2022.

IT IS SO ORDERED this 7th day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.